IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR254 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE EMMANUEL HERNANDEZ-GOMEZ and GABRIEL BELTRAN-LOPEZ, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Jose Emmanuel Hernandez-Gomez's Motion to Continue Trial [33]. Counsel needs additional time to review discovery with defendant to determine whether to proceed to trial. Coordinating a meeting with defendant is taking more time to accomplish as defendant is incarcerated and requires an interpreter. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [33] is granted, as follows:

1. The jury trial, **for both defendants**, now set for March 21, 2022, is continued to **June 27, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 27, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: March 1, 2022.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge