IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR254 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE EMMANUEL HERNANDEZ-GOMEZ and GABRIEL BELTRAN-LOPEZ, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Gabriel Beltran-Lopez's Unopposed Motion to Continue Trial [42]. The undersigned magistrate judge had a telephone conference with all attorneys on March 30, 3023. Based on what is contained in the motion and after consultation with counsel, the undersigned magistrate judge finds good cause for the requested continuance in order to allow the defendants sufficient time to conduct plea negotiations or further prepare for trial. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 3, 2023, is continued to **June 5, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 5, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted.**

**DATED: March 31, 2023.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**